IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | NO. 05 B 45427 |
| DRM WATER & SEWER LTD. | ) | HON. JOHN H. SQUIRES |
| | ) | BANKRUPTCY JUDGE |

NOTICE OF TRUSTEE'S FINAL REPORT, HEARING ON
APPLICATIONS FOR COMPENSATION, AND HEARING ON
THE ABANDONMENT OF PROPERTY BY THE TRUSTEE

TO: The Debtor, Creditors and Other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

    AT: DUPAGE COUNTY COURTHOUSE
        505 N. COUNTY FARM ROAD, COURTROOM 2000
        WHEATON IL 60187

    ON: **May 2, 2008**                    AT: **10:00 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses, and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND THE CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total

    RECEIPTS                                              $34,384.26

    DISBURSEMENTS                                         $5,348.40

    NET CASH AVAILABLE FOR DISTRIBUTION   $29,035.86

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| APPLICANT | COMPENSATION PREVIOUSLY | FEES NOW REQUESTED | EXPENSES |
|---|---|---|---|

                        PAID

| | | | |
|---|---|---|---|
| Brenda Porter Helms Trustee | $0.00 | $4,188.43 | $0 |
| The Helms Law Firm Attorney for Trustee | $0.00 | $1,740.00 | $0 |

5. No applications for Chapter 11 fees and administrative expenses have been filed in this case.

6. No creditors have filed priority claims in this case.

7. General unsecured creditors filed claims totaling $2.607.75 and will receive a distribution of 100% of the amount of their claims as follows:

| Creditor | Amount of Claim | Amount of Dividend |
|---|---|---|
| Valerie Loftus | $1,425.00 | $1,425.00 |
| Marathon | $1,182.75 | $1,182.75 |

    Kieft Bros filed a late claim in the amount of $135,000 and will receive a distribution of $20,499.68 on its claim.

8. All proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois. If no objections are filed, the Court will act on the fee applications and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure without further order of Court.

10. The debtor is a corporation and is not entitled to receive a discharge.

                                                     For the Court:

Dated: **March 24, 2008**          **KENNETH S. GARDNER**
                                               Kenneth S. Gardner, Clerk
                                               United States Bankruptcy Court

Trustee: Brenda Porter Helms
          3400 W. Lawrence Avenue
          Chicago IL 60625
          (773) 463-6427
          (773) 267-9405 (fax)

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0752-1           User: amcc7                 Page 1 of 1                 Date Rcvd: Mar 24, 2008
Case: 05-45427                 Form ID: pdf002             Total Served: 13

The following entities were served by first class mail on Mar 26, 2008.
db           +DRM Sewer & Water, Ltd.,    P.O. 1277,   Addison, IL 60101-8277
aty          +Michael J Davis,    Springer, Brown, Covey, Gaertner, &Davis,    400 S. County Farm Road,
               Suite 330,    Wheaton, IL 60187-4547
tr           +Brenda Porter Helms, ESQ,    The Helms Law Firm, P.C.,    3400 West Lawrence,
               Chicago, IL 60625-5104
10019650     +Addlawn Landscaping,    607 Winthrop Unit 3,    Addison, IL 60101-4533
10576965     +Itasca Bank & Trust Co.,    Tressler, Soderstrom, Maloney & Priess,    305 W. Briarcliff Road,
               Bolingbrook, IL 60440-2856
10019651     +Itasca State Bank,    308 W. Irving Park Rd.,    Itasca, IL 60143-2038
10019652     +Kieft Bros.,    837 S. Riverside Dr.,    Elmhurst, IL 60126-4964
10019653     +Laborers Pension Fund & Health &,    Welfare Dept./Attn: Patrick Wallace,    53 W. Jackson, #550,
               Chicago, IL 60604-3425
10019654     +Marathon,    539 S. Main St.,   Findlay, OH 45840-3229
10019655     +SBC Yellow Pages,    P.O. 807008,    Kansas City, MO 64180-0001
10019656     +Teller Levit & Silvertrust,    11 E. Adams St. #800,    Chicago, IL 60603-6369
10019657     +Valerie Loftus,    1001 W. Lake St.,    Addison, IL 60101-2094
10019658     +Water Product,    P.O. 50,   Aurora, IL 60507-0050

The following entities were served by electronic transmission.
NONE.                                                                                            TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 26, 2008**           **Signature:** *Joseph Speetjens*